ACCEPTED
03-15-00301-CR
7938697
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK



# DAVID A. MENDOZA, ATTORNEY AT LAW

MENDOZA LAW OFFICES, PLLC
608 S. GUADALUPE STREET
SAN MARCOS, TEXAS 78666



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

11/22/2015 11:13:02 AM

JEFFREY D. KYLE
Clerk

November 22, 2015

## Certificate of Compliance with Rule 68

Court of Appeals
For the Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

512-463-1733-telephone

RE:                              Ex parte Jose C. Loredo
Appellate Case No.:    03-15-00301-CR
Trial Cause No.:          CR-10-0816 (AADW) & 095790 (ABI-FV)

Honorable Justices of Said Court:

Appellant Jose C. Loredo was notified of his right to file a PDR by letter dated November 14, 2015. The letter was written in Spanish and English and sent by certified mail to the last known address of Mr. Loredo. The certified mail # is 7014-1820-0001-6257-5328.

Attached is the certified mail receipt evidencing delivery of the notice on November 16, 2015. *See* attached. Mr. Loredo has contacted me and we have scheduled an appointment on Monday, November 23, 2015.

Yours truly,

David A. Mendoza
Attorney at Law
SBN 24046426

CC:          Jose C. Loredo

• PH: 512-757-8830 • MENDOZAONE@YAHOO.COM • WWW.DOZALAW.COM • FAX: 512-878-8426 •

# USPS.COM®

## USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: 70141820000162575328**

## Product & Tracking Information

### Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™          Return Receipt

See tracking for related item: 9590940305595173937663

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **November 19, 2015 , 11:00 am** | **Delivered** | **SEGUIN, TX 78155** |

Your item was delivered at 11:00 am on November 19, 2015 in SEGUIN, TX 78155.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 18, 2015 , 1:34 pm | Notice Left (No Authorized Recipient Available) | SEGUIN, TX 78155 |
| November 18, 2015 , 7:20 am | Out for Delivery | SEGUIN, TX 78155 |
| November 18, 2015 , 7:10 am | Sorting Complete | SEGUIN, TX 78155 |
| November 18, 2015 , 7:04 am | Arrived at Unit | SEGUIN, TX 78155 |
| November 18, 2015 , 3:55 am | Departed USPS Facility | SAN ANTONIO, TX 78284 |
| November 17, 2015 , 10:16 am | Arrived at USPS Facility | SAN ANTONIO, TX 78284 |
| November 17, 2015 , 9:30 am | Departed USPS Facility | AUSTIN, TX 78710 |
| November 16, 2015 , 11:55 pm | Arrived at USPS Facility | AUSTIN, TX 78710 |
| November 16, 2015 , 6:36 pm | Departed Post Office | SAN MARCOS, TX 78666 |
| November 16, 2015 , 11:22 am | Acceptance | SAN MARCOS, TX 78666 |

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**